| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| | Amanda Seabock, Esq., SBN 289900 |
| 2 | Chris Carson, Esq., SBN 280048 |
| 3 | Dennis Price, Esq., SBN 279082 |
| | 8033 Linda Vista Road, Suite 200 |
| 4 | San Diego, CA 92111 |
| | (858) 375-7385 |
| 5 | (888) 422-5191 fax |
| | phylg@potterhandy.com |
| 6 | Attorneys for Plaintiff |
| 7 | |
| | Walter Yoka (SBN#94536) |
| 8 | wyoka@yokasmith.com |
| | Christopher P. Leyel (SBN# 161755) |
| 9 | cleyel@yokasmith.com |
| | YOKA & SMITH LLP |
| 10 | 707 Wilshire Blvd Suite 5000 |
| 11 | Los Angeles, California 90017 |
| | Telephone: (213)427-2300 |
| 12 | Facsimile: (213)427-2330 |
| | Attorneys for Defendant |
| 13 | Christine G. Schaaf; Charles Sparks Thomas II; Peter Coyne Thomas |
| 14 | and The Goodyear Tire & Rubber Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, | Case No.: 3:19-CV-02280-JCS |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |
| v. | |
| CHRISTINE G. SCHAAF, in individual and representative capacity as trustee of The Christine G. Schaaf Revocable Trust; CHARLES SPARKS THOMAS II; PETER COYNE THOMAS; THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio Corporation; and Does 1-10, | |
| Defendants. | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Joint Stipulation -1- 3:19-CV-02280-JCS

| | | |
|---|---|---|
| 1 | Dated: August 29, 2019 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By: /s/ Amanda Lockhart Seabock |
| 4 | | Amanda Lockhart Seabock<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: August 29, 2019 | YOKA & SMITH LLP |
| 9 | | By: /s/ Christopher P. Leyel |
| 10 | | Walter Yoka<br>Christopher P. Leyel |
| 11 | | Attorneys for Defendants |
| 12 | | Christine G. Schaaf; Charles Sparks<br>Thomas II; Peter Coyne Thomas |
| 13 | | and The Goodyear Tire & Rubber Company |
| 16 | Dated: August 30, 2019 | IT IS SO ORDERED<br>Judge Joseph C. Spero<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Christopher P. Leyel, counsel for Christine G. Schaaf; Charles Sparks Thomas II; Peter Coyne Thomas and The Goodyear Tire & Rubber Company, and that I have obtained authorization to affix his electronic signature to this document.

Dated: August 29, 2019       CENTER FOR DISABILITY ACCESS

                             By:   /s/ Amanda Lockhart Seabock
                                   Amanda Lockhart Seabock
                                   Attorneys for Plaintiff